Etan Zaitsu [SBN 287106]
Attorney-at-Law
711 Ninth Street
Sacramento, CA  95814
916.542-0270
Fax 916.864.1359

Attorney for Defendant
GARY ROBERTS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY ROBERTS,<br><br>    Defendant. | Case No.: 2:17-CR-00064 JAM<br><br>**STIPULATION AND [~~PROPOSED~~] TO VACATE THE HEARING SCHEDULED FOR JUNE 16, 2017** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Etan Zaitsu, attorney for defendant Gary Roberts, and Ross Naughton, Assistant United States Attorney, that the previous scheduled hearing on June 16, 2017 be vacated.

At this time Mr. Roberts is not contesting his remand order. Additionally, counsel for Mr. Roberts requested but has not received approval pursuant to Subsection (a) (3) of the Criminal Justice Act (Title 18 U.S.C. Section 3006A) to obtain the services of a toxicologist to review the findings and analysis of to Alere Toxicology Services regarding Mr. Roberts urine samples.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

| | |
|---|---|
| Dated:  June 13, 2017 | /s/ Etan Zaitsu<br>ETAN ZAITSU<br>Attorney for Defendant<br>GARY ROBERTS |
| Dated:  June 12, 2017 | /s/ Ross Naughton<br>ROSS NAUGHTON<br>Assistant U.S. Attorney |

## [~~PROPOSED~~] ORDER

The Court, having received, read, and considered the stipulation of the parties, adopts the stipulation of the parties in its entirety as its order. Having adopted the stipulation, the Court hereby orders that the June 16, 2017 hearing be vacated.

**IT IS SO ORDERED.**

Dated:  June 14, 2017.

_____
THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge