Etan Zaitsu [SBN 287106]
Attorney-at-Law
711 Ninth Street
Sacramento, CA  95814
916.542.0270
Fax 916.864.1359

Attorney for Defendant
GARY ROBERTS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GARY ROBERTS,<br><br>　　　　　　　　Defendant. | Case No.: 2:17-CR-00064 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELEASE DEFENDANT GARY ROBERTS FOR TREATMENT AT WELLSPACE** |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Etan Zaitsu, attorney for defendant Gary Roberts, and Ross Naughton, Assistant United States Attorney, that Mr. Roberts be released from the U.S. Marshals to Pretrial Services on July 24, 2017 at 9:00 am pursuant to the attached Special Conditions of Release in order for Mr. Roberts to attend the WellSpace treatment program in Sacramento.

　　　　At this time, Pretrial Services is recommending that Mr. Roberts be released to attend the WellSpace treatment program on a $25,000.00 unsecured appearance bond cosigned by defendant's wife Renee Roberts.

　　　　Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

　　　　IT IS SO STIUPULATED

1

**Stipulation to Release Defendant**

| | | |
|---|---|---|
| 1 | Dated: July 21, 2017 | Respectfully submitted, |
| 2 | | /s/ Etan Zaitsu |
| 3 | | ETAN ZAITSU<br>Attorney for Defendant |
| 4 | | GARY ROBERTS |
| 5 | Dated: July 21, 2017 | /s/ Ross Naughton |
| 6 | | ROSS NAUGHTON<br>Assistant U.S. Attorney |

## SPECIAL CONDITIONS OF RELEASE

Re: Roberts, Gary Mitchell
No.: 2:17-CR-0064-JAM-7
Date: July 21, 2017

1. **Your release on bond will be delayed until 9:00am, on July 24, 2017,** at which time you will be directly released from the U.S. Marshals to Pretrial Services.

2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

3. Upon successful completion of residential treatment, you must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must not obtain a passport or other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must not associate or have any contact with any named co-defendants in this pending federal case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must abstain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify

3

**Stipulation to Release Defendant**

Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

12. You must participate in the substance abuse treatment program at Wellspace Health Residential inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

13. Upon completion of the residential program, you must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer; and,

14. You are prohibited from gambling or entering any gambling establishment.

**Stipulation to Release Defendant**

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, adopts the stipulation of the parties in its entirety as its order. Having adopted the stipulation, the Court hereby authorizes and directs the U.S. Marshals to release Gary Roberts, case 2:17-CR-00064-JAM-7, from custody to Pretrial Services on Monday, July 24, 2017 at 9:00 am.

**IT IS SO ORDERED.**

Dated: July 24, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5

**Stipulation to Release Defendant**