MCGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-064 JAM |
|---|---|
| Plaintiff, | STIPULATION CONTINUING FILING AND HEARING DATES ON DEFENDANT'S DISCOVERY MOTION; ORDER |
| v. | |
| GARY ROBERTS, | DATE: February 5, 2018 |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous motion, this matter was set for hearing on February 5, 2018. Dkt. #86.

2. By this stipulation, the parties now move to continue the discovery hearing to February 26, 2018, at 2:00 PM, before Magistrate Judge Allison Claire. In addition, they stipulate that the government's response to the defendant's motion will be due on February 12, 2018, and that the defendant's reply will be due on February 19, 2018.

3. This continuance will allow the government attorney to meet with the case agent and to continue to investigate the availability of the discovery items that the defense has requested.

4. The defendant is out of custody. Dkt. #67.

5. On May 4, 2017, the Grand Jury returned an indictment charging him with conspiring to

distribute and to possess with intent to distribute methamphetamine, a violation of 21 U.S.C. §§ 846, 841(a)(1). The Grand Jury also charged the defendant with possessing with intent to distribute methamphetamine, a violation of 21 U.S.C. § 841(a)(1). Dkt. #46.

6. The matter's next status conference is set for February 13, 2018 before the Honorable John A. Mendez. Dkt. #83.

IT IS SO STIPULATED.

Dated: January 12, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: January 12, 2018

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
GARY ROBERTS

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 12, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE