McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-064 JAM |
|---|---|
| Plaintiff, | STIPULATION CONTINUING FILING AND HEARING DATES ON DEFENDANT'S DISCOVERY MOTION; [~~PROPOSED~~] ORDER |
| v. | |
| GARY ROBERTS, | DATE: March 12, 2018 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous motion, this matter was set for hearing on March 12, 2018. Dkt. #95.

2. By this stipulation, the parties now move to continue the discovery hearing to May 7, 2018. In addition, they stipulate that the government's response to the defendant's motion will be due on April 23, 2018, and that the defendant's reply will be due on April 30, 2018.

3. This continuance will allow the government attorney to meet with the case agent and to continue to investigate the availability of the discovery items that the defense has requested.

4. The defendant is out of custody. Dkt. #67.

5. On May 4, 2017, the Grand Jury returned an indictment charging him with conspiring to distribute and to possess with intent to distribute methamphetamine, a violation of 21 U.S.C. §§ 846,

841(a)(1). The Grand Jury also charged the defendant with possessing with intent to distribute methamphetamine, a violation of 21 U.S.C. § 841(a)(1). Dkt. #46.

6. The matter's next status conference is set for April 17, 2018. Dkt. #96.

IT IS SO STIPULATED.

Dated: February 13, 2018          McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: February 13, 2018          /s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
GARY ROBERTS

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of February, 2018.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIP. CONTINUING FILING AND HEARING DATES ON
DEFENDANT'S DISCOVERY MOTION; [PROPOSED] ORDER

2