| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | AMANDA BECK<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-064 JAM |
|---|---|
| Plaintiff, | STIPULATION CONTINUING FILING AND HEARING DATES ON DEFENDANT'S DISCOVERY MOTION; [~~PROPOSED~~] ORDER |
| v. | |
| GARY ROBERTS, | DATE: May 7, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Kendall J. Newman |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous motion, this matter was set for hearing on May 7, 2018. Dkt. #101.

2. By this stipulation, the parties now move to continue the discovery hearing to June 4, 2018. In addition, they stipulate that the government's response to the defendant's motion will be due on May 21, 2018, and that the defendant's reply will be due on May 28, 2018.

3. This continuance will allow the government attorney to meet with the case agent and to continue to investigate the availability of the discovery items that the defense has requested.

4. The defendant is out of custody. Dkt. #67.

5. On May 4, 2017, the Grand Jury returned an indictment charging him with conspiring to distribute and to possess with intent to distribute methamphetamine, a violation of 21 U.S.C. §§ 846,

841(a)(1). The Grand Jury also charged the defendant with possessing with intent to distribute methamphetamine, a violation of 21 U.S.C. § 841(a)(1). Dkt. #46.

6. The matter's next status conference is set for June 26, 2018. Dkt. #105.

IT IS SO STIPULATED.

Dated: April 19, 2018
McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: April 19, 2018
/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
GARY ROBERTS

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 20th day of April, 2018.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE