McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-064 JAM |
|---|---|
| Plaintiff, | STIPULATION CONTINUING FILING AND HEARING DATES ON DEFENDANT'S DISCOVERY MOTION; [~~PROPOSED~~] ORDER |
| v. | |
| GARY ROBERTS, | DATE: June 4, 2018 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous motion, this matter was set for hearing on June 4, 2018. Dkt. #107.

2. By this stipulation, the parties now move to continue the discovery hearing to July 9, 2018. In addition, they stipulate that the government's response to the defendant's motion will be due on June 25, 2018, and that the defendant's reply will be due on July 2, 2018.

3. This continuance will allow the government attorney to meet with the case agent and to continue to investigate the availability of the discovery items that the defense has requested. Since December 18, 2018, the defense has agreed to several previous extensions for the same reasons. During the intervening time, the government has produced some of the requested items. Also during that time, the defense has added several items to its discovery requests. Items that remain outstanding include:

STIP. CONTINUING FILING AND HEARING DATES ON
DEFENDANT'S DISCOVERY MOTION; [PROPOSED] ORDER

1

a) Any reports from Officer Lambert regarding his participation in the investigation, use of a canine, or arrest of the defendants.

b) Reports and recordings (including MVARS recordings) by Officers Lowry and Lambert regarding arrests described on Bates 198 and 302.

c) Equipment and maintenance records for the MVARS machines in the cruisers driven by Officers Lowry and Lambert

d) An in-camera review of the Lowry / Lambert MVARS machines for dates before and after July 28, 2016.

e) The operational plan for the July 28, 2016 arrests.

f) Any documents or information relating to the location of the officers and agents involved in the surveillance and arrest of the defendants on July 28, 2016. This includes reports relating to the surveillance of Roberts from the time he left Rivera's house to the time he was pulled over by CHP.

g) Any information about the agreement between DEA and CHP to coordinate investigations.

h) CHP protocols, procedures, training manuals, and guidelines regarding:

   1. Using MVARS equipment on or around July 28, 2016 and for storing, logging, maintaining, deleting records
   2. Mud flap vehicle code violations
   3. Tail light vehicle code violations
   4. Actions inconsistent with the motoring public
   5. Crossing a painted solid white line delineating a lane from the shoulder
   6. Identifying signs of intoxication and subsequent action
   7. Removing passengers from a vehicle during a traffic stop.
   8. Protocols for writing or recording information about surveillance activities
   9. Using a canine during a traffic stop or investigation and writing a report on this

4. The defendant is out of custody. Dkt. #67.

STIP. CONTINUING FILING AND HEARING DATES ON
DEFENDANT'S DISCOVERY MOTION; [PROPOSED] ORDER

2

5. On May 4, 2017, the Grand Jury returned an indictment charging him with conspiring to distribute and to possess with intent to distribute methamphetamine, a violation of 21 U.S.C. §§ 846, 841(a)(1). The Grand Jury also charged the defendant with possessing with intent to distribute methamphetamine, a violation of 21 U.S.C. § 841(a)(1). Dkt. #46.

6. The matter's next status conference is set for June 26, 2018. Dkt. #105.

IT IS SO STIPULATED.

Dated: May 18, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: May 18, 2018

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
GARY ROBERTS

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 18th day of May, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE