Etan Zaitsu [SBN 287106]
Attorney-at-Law
1107 Ninth Street, Suite 625
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
GARY ROBERTS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>GARY ROBERTS,<br><br>                      Defendants. | Case No.: 2:17-CR-00064 JAM<br><br>**STIPULATION CONTINUING FILING AND HEARING DATES ON DEFENDANT'S DISCOVERY MOTION; ORDER**<br><br>DATE: July 23, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

## STIPULATION

Defendant Gary Roberts, by and through undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous motion, this matter was set for hearing on July 9, 2018 before the honorable Magistrate Judge Delaney. Dkt. #110.

2. By this stipulation, the parties now move to continue the discovery hearing to July 23, 2018. In addition, they stipulate that the defendant's reply to the government's opposition will be due on July 16, 2018.

3. This continuance will allow the defendant to adequately respond to the issues raised by the government in its opposition brief.

4. The defendant is out of custody. Dkt. #67.

1

**Stip. Continuing Filing and Hearing Dates on Defendant's Discovery Motion; [Proposed] Order**

5. The case's next status conference is set for August 21, 2018. Dkt. #114.

IT IS SO STIPULATED

Dated: July 3, 2018
/s/ ETAN ZAITSU
ETAN ZAITSU
Attorney for Defendant
GARY ROBERTS

Dated: July 3, 2018
McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED

Dated: July 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Stip. Continuing Filing and Hearing Dates on Defendant's Discovery Motion; [Proposed] Order**