Etan Zaitsu [SBN 287106]
Attorney-at-Law
1107 Ninth Street, Suite 625
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
GARY ROBERTS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GARY ROBERTS, <br><br> Defendants. | Case No.: 2:17-CR-00064 JAM <br><br> **STIPULATION TO CONTINUE FILING AND HEARING DATES ON DEFENDANT'S DISCOVERY MOTION; ORDER** <br><br> DATE: August 13, 2018 <br> TIME: 2:00 p.m. <br> COURT: Hon. Edmund F. Brennan |

## STIPULATION

Defendant Gary Roberts, by and through undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous motion, this matter was set for hearing on July 23, 2018. Dkt. #119.

2. By this stipulation, the parties now move to continue the discovery hearing to August 13, 2018. In addition, they stipulate that the defendant's supplemental briefing will be due on July 30, 2018, and the government's response will be due August 6, 2018.

3. This continuance will allow the defendant and government to adequately respond to the issues that have been raised by each party.

4. The defendant is out of custody. Dkt. #67.

5. The case's next status conference is set for August 21, 2018. Dkt. #114.

1

**Stip. Continuing Filing and Hearing Dates on Defendant's Discovery Motion; [Proposed] Order**

IT IS SO STIPULATED

Dated: July 24, 2018  /s/ ETAN ZAITSU
ETAN ZAITSU
Attorney for Defendant
GARY ROBERTS

Dated: July 24, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated: July 30, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**Stip. Continuing Filing and Hearing Dates on Defendant's Discovery Motion; [Proposed] Order**