Etan Zaitsu [CA SBN 287106]
Attorney-at-Law

Zaitsu Law
1107 Ninth Street, Suite 625
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
GARY ROBERTS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>GARY ROBERTS,<br><br>  Defendant. | Case No.: 2:17-CR-00064 JAM<br><br>**REQUEST AND ORDER TO FILE UNDER SEAL: EXHIBITS A AND D IN SUPPORT OF MOTION TO DISMISS POLE CAM EVIDENCE**<br><br>Date:  April 2, 2019<br>Time:  9:15 am<br>Judge:  The Honorable John A. Mendez |

Defendant GARY ROBERTS, in an abundance of caution, requests to file EXHIBIT A, "All Writs Act Application," and EXHIBIT D, "Agent Trang Le Affidavit" in support of his Motion to Suppress Pole Cam Evidence. The two exhibits were provided to Roberts in discovery by the government as part of the government's case against him.  Both documents relate to filings originally made under seal by the government. To the extent the documents continue to be under seal at this time, Roberts' requests that these documents remain sealed in support of his Motion to Suppress

All documents requested to be filed under seal have been provided to all codefendants in this case.

1

**Request to File Under Seal**

Dated: March 6, 2019                        /s/ ETAN ZAITSU
                                                           ETAN ZAITSU
                                                           Attorney for Defendant
                                                           GARY ROBERTS

**ORDER**

Pursuant to Local Rule 141 (b) and based upon the representation contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the defendant's EXHIBITS A and D, filed on or about March 5, 2019, in support of his Motion to Suppress Pole Cam Evidence, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the defendants in this case and the government.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the defendant's documents serves a compelling interest.

DATE: 3/7/2019                          /s/ John A. Mendez_____
                                                      THE HONORABLE JOHN A. MENDEZ
                                                      UNITED STATES DISTRICT COURT JUDGE

**Request to File Under Seal**