McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY ROBERTS,<br><br>Defendant. | CASE NO. 2:17-CR-064 JAM<br><br>STIPULATION REGARDING CONTINUING BRIEFING AND HEARING SHCEDULE FOR DEFENDANTS' MOTION TO SUPPRESS<br><br>DATE: April 2, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. Defendant Gary Roberts filed a motion to suppress on March 5, 2019. Dkt. #156. In it, the defense requested a hearing date of April 2, 2019.

2. The court has not ordered a hearing.

3. By this stipulation, the parties now move that:

   a) The government's motion response will be due on April 30, 2019;

   b) The defense reply, if any, will be due on May 7, 2019;

   c) The government surreply, if any, will be due on May 14, 2019; and

   d) The suppression hearing, if any, will be on May 21, 2019 at 9:15 a.m.

4. This briefing and hearing schedule will allow the parties to conduct necessary legal and factual research. In particular, because the defense filed the motion without notifying the government in advance or consulting the government about a subsequent briefing schedule prior for to filing, the parties

have agreed to this extension so that the government may conduct the necessary research and drafting. The additional time will also allow the defense, in turn, to respond to the government's argument.

5. Defendant Gary Roberts is out of custody. Dkt. #67.

6. The parties' next status conference is scheduled for April 23, 2019. Dkt. #155.

IT IS SO STIPULATED.

Dated: April 1, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: April 1, 2019

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
GARY ROBERTS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 1st day of April, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE