McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0064 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO SUPPRESS |
| v. | |
| GARY ROBERTS, | |
| Defendant. | |

**STIPULATION**

1. Defendant Gary Roberts filed a motion to suppress on March 5, 2019. Docket No. 156. By previous stipulation, a hearing date of May 21, 2019, was set. Since that agreement, the assigned prosecutor, Assistant U.S. Attorney Amanda Beck, left for maternity leave.

2. The court has not ordered a hearing.

3. By this stipulation, the parties now move that:

   a) The government's motion response will be due on May 28, 2019;

   b) The defense reply, if any, will be due on June 11, 2019; and

   c) A suppression hearing, if any, will be on June 25, 2019 at 9:15 a.m.

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION

1

4. This briefing and hearing schedule will allow the parties to conduct necessary legal and factual research. In particular, the newly-assigned prosecutor, Assistant U.S. Attorney Jason Hitt, needs additional time to review the motion, become familiar with the case and the discovery in the case, and the parties have agreed to this extension so that the government may conduct the necessary research and drafting.

5. The additional time will also allow the defense, in turn, to respond to the government's argument.

6. Defendant Gary Roberts is out of custody. Docket No. 67.

7. The parties' next status conference is scheduled for June 25, 2019. Docket No. 167.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: May 16, 2019

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

Dated: May 16, 2019

/s/ Etan Zaitsu, Esq.
ETAN ZAITSU, Esq.
Counsel for Defendant Roberts, authorized to sign for Mr. Zaitsu on May 16, 2019

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule on the defendant's motion to suppress and vacates the hearing date previously set on this motion.

IT IS SO ORDERED.

DATED: 5/16/2019

/s/ John A. Mendez
U. S. District Court Judge