Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
GARY ROBERTS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>v.<br>GARY ROBERTS,<br><br>                   Defendant. | Case No.: 2:17-CR-00064 JAM<br><br>**NOTICE AND REQUEST TO SEAL EXHIBIT C TO SENTENCING MEMO: EXCERPTS WIRETAP TRANSCRIPTS**<br><br>DATE: June 21, 2020<br>TIME:  9:15 a.m.<br>COURT: Hon. John A Mendez |

## NOTICE OF REQUEST TO SEAL DOCUMENTS  & REQUEST TO SEAL DOCUMENTS

    Defendant GARY ROBERTS, by and through his undersigned counsel, requests that the following documents be filed under seal: "Exhibit C: Excerpts of Wiretap Transcripts." This exhibit is an attachment to defendant's Sentencing Memorandum, filed on July 14, 2020, at docket 260, and is relevant to his forthcoming sentencing. Filing these wiretap transcripts under seal is being sought out because the documents appear to be currently under seal pursuant to 2:15-SW-0473-JAM.

1

**Request to Seal**

Pursuant to Local Rules 141(b), this notice and request to seal documents has been filed electronically, and served on all parties. Additionally, the government has been sent a copy of the documents sought to be filed under seal.

Dated: July 16, 2020                                  /s/ *Etan Zaitsu*_____
                                                                    ETAN ZAITSU

                                                                    Attorney for Defendant
                                                                    GARY ROBERTS

**ORDER**

Pursuant to Local Rule 141 (b) and based upon the representation contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the defendant's "Exhibit C: Excerpts of Wiretap Transcripts," attachment to Defendant's Sentencing Memorandum at Dkt. 260, pertaining to sealed wiretap transcripts, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Probation.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the Defendant's documents serves a compelling interest.

DATE: July 17, 2020                                  /s/ John A. Mendez_____
                                                                   THE HONORABLE JOHN A. MENDEZ
                                                                  UNITED STATES DISTRICT COURT JUDGE

**Request to Seal**